UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Unsealed 12/14/4

CASE NO. _09-22977-CV- Lenard_

IN RE:  Request from Belgium Pursuant
to the Treaty Between the United States
of America and the Kingdom of Belgium
on Mutual Assistance in Criminal Matters
in the Matter of David Alexandros

_____/

FILED by ___ D.C.

OCT -7 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

### UNDER SEAL

### ORDER APPOINTING A COMMISSIONER

Upon application of the United States, and upon review of the request from the Kingdom of

Belgium seeking evidence under the Treaty with the Belgium  on Mutual Assistance in Criminal

Matters, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the Treaty between the

United States of America and the Kingdom of Belgium on Mutual Assistance in Criminal Matters,

1985 WL 303144, 24 I.L.M. 1539, entered into force November 13, 1985, as well as 28 U.S.C.

§1782, and this Court's inherent authority, that Maria Medetis is appointed as a Commissioner of

this Court and is hereby directed to execute the Treaty request as follows:

1.       take such steps as are necessary, including issuance of commissioner's subpoenas,

to collect the evidence requested;

2.       provide notice with respect to the collection of evidence to those persons identified

in the request as parties to whom notice should be given, and no notice to any other party shall be

required;



3. copies of this sealed Order may be retained by the Commissioner and the relevant investigating agency and a copy of this sealed Order may be served upon financial institutions as needed to comply with the request for assistance from the Kingdom of Belgium;

4. adopt procedures to collect the evidence requested, consistent with its use in the investigation or proceeding for which Belgium has requested assistance, which procedures may be specified in the request or provided by or with the approval of the Belgium Central Authority under the Treaty;

5. seek such further orders of this Court as may be necessary to execute this request; and

6. certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to Belgium.

IT IS FURTHER ORDERED that any individual and/or entity who receives a commissioner subpoena pursuant to this matter shall keep confidential the existence of the subpoena, the contents thereof, and the response to the subpoena.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, federal law enforcement agents and/or representatives of Belgium.

DONE AND ORDERED this 7 of October, 2009, in Miami, Florida.

UNITED STATES DISTRICT JUDGE

cc: Maria Medetis, AUSA

2

<u>COMMISSIONER'S SUBPOENA</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TO:     _____

        _____

        _____

I, Maria Medetis, an Assistant United States Attorney for the Southern District of Florida,

acting under the authority of the <u>Treaty between the United States of America and the Belgium  on</u>

<u>Mutual Assistance in Criminal Matters</u>, and under Title 28, United States Code, Section 1782, for

the purpose of rendering assistance to Belgium, command that you appear before me in Room 600,

in the James Lawrence King Federal Building located at 99 NE 4th Street, Miami, Florida, on

_____, 2009, at __ a.m., to provide testimony/documents regarding an alleged violation of

the laws of Belgium, namely, fraud, and that at the time and place aforesaid you provide the

following:

For failure to attend and provide testimony/said documents, you may be deemed guilty of

contempt and liable to penalties under the law.

Dated:

COMMISSIONER MARIA MEDETIS
Assistant United States Attorney for the
Southern District of Florida
Telephone No.  (305) 961-9010